**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| In re: | * | |
| TAKISHA L HILL | * | Case No. 13-30474-RAG |
| | * | Chapter 13 |
| Debtor | * | |

\*   \*   \*   \*   \*   \*   \*

TRUSTEE'S OBJECTION TO
CONFIRMATION OF CHAPTER 13 PLAN

     Ellen W. Cosby, Trustee, objects to confirmation of the Debtor's plan filed March 4, 2014 for reason stated below:

**Previous Objections:**

     1.    The Debtor has failed to resolve the Trustee's original Objection of January 10, 2014.  Specifically, the Debtor continues to fail to provide current documentation of income of the co-owner of the home and amend Schedules I and J to disclose full household income and expenses.

     2.    Counsel's certificate of service of the amended plan fails to comport with the requirements of LBR 7005-2.

     3.    The amended plan fails to set out a full schedule of Equal Monthly Payments required in paragraph 2.e.iii.

     4.    Presuming a $20,000 priority Maryland tax debt, as indicated by Schedule E, the plan is materially under-funded.

     5.    A current, executed Pre Confirmation Certificate has not been filed.  Pursuant to LBR 3015-2(c) the Debtors must file a Pre-Confirmation Certificate within seven days prior to the Confirmation Hearing.

Dated: March 28, 2014

                                                                /s/ *Ellen W. Cosby*
                                                              Ellen W. Cosby, Trustee
                                                              300 E. Joppa Road, #409
                                                              Towson, MD  21286
                                                               inquiries@ch13balt.com
                                                              (410) 825-5923

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on <u>March 28, 2014</u> copies of this Objection were delivered electronically through ECF to DAVID H SANDLER, ESQ and mailed by first-class mail, postage prepaid, to:

TAKISHA L HILL
9060-A MOONSHINE HOLLOW
LAUREL, MD 20723

   /s/ *Ellen W. Cosby*
Ellen W. Cosby, Trustee