UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In re: *

   TAKISHA L. HILL * Case No. 13-30474-RAG

       Debtor * (Chapter 13)

* * * * * * *

OBJECTION TO CONFIRMATION OF PLAN

Ellen W. Cosby, Trustee, having reviewed the Chapter 13 statement and plan filed in this case, having examined the Debtor at the Section 341 meeting, and having reviewed any additional information and documentation deemed pertinent, objects to confirmation of the Debtor's Fifth Amended Plan filed June 5, 2014 for the reasons stated below.

**OUTSTANDING ITEMS FROM PRIOR OBJECTION FILED ON JANUARY 16, 2014:**

1. The Debtor has failed to provide documentation needed to evaluate whether the plan complies with the confirmation requirements of Chapter 13 (i.e., income documentation for the co-owner of the real property).

**NEW OBJECTION(S):**

2. The Debtor must timely file the required Pre-Confirmation Certification per Local Bankruptcy Rule 3015-2.

3. The Debtor has failed to make the $1,119.00 plan payment due July 4, 2014 in this case.


Dated:  July 11, 2014

/S/ *Ellen W. Cosby*
Ellen W. Cosby
300 E. Joppa Road, Suite 409
Baltimore, MD  21286
(410) 825-5923
inquiries@ch13balt.com
Chapter 13 Trustee

1

2

<u>CERTIFICATE OF SERVICE</u>

       I HEREBYCERTIFY that a copy of the foregoing Objection was transmitted electronically through CM/ECF to David H. Sandler, Esquire, attorney for the Debtor and was mailed by first-class mail on July 11, 2014 to the Debtor.

Takisha L. Hill
9060-A Moonshine Hollow
Laurel, MD  20723

          /S/ *Ellen W. Cosby*_____
          Ellen W. Cosby